| **United States Bankruptcy Court**<br>**District of Colorado** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Accent Windows, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**12300 Pecos Street**<br>**Westminster, CO**  ZIP CODE **80234** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business**
(Check **one** box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Accent Windows, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **U.S. Bankruptcy Court of Colorado** | Case Number:<br>**08-27551-SBB** | Date Filed:<br>**11/4/2008** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable** _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law. there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession. after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Accent Windows, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>   Signature of Debtor<br><br>X **Not Applicable**<br>   Signature of Joint Debtor<br><br>   Telephone Number (If not represented by attorney)<br><br>   Date | X **Not Applicable**<br>   (Signature of Foreign Representative)<br><br>   (Printed Name of Foreign Representative)<br><br>   Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X ~~(signature)~~<br>   Signature of Attorney for Debtor(s)<br><br>**Jeffrey S. Brinen   Bar No. 20565**<br>   Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Kutner Miller Brinen, P.C.**<br>   Firm Name<br><br>**303 East 17th Avenue Suite 500**<br>   Address<br><br>**Denver, CO 80203**<br><br>**(303) 832-2400**       **(303) 832-1510**<br>   Telephone and Fax Number<br><br>*3-4-11*       **jsb@kutnerlaw.com**<br>   Date and E-Mail Address<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>   Address<br><br>X **Not Applicable**<br>   Date<br>   Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X ~~(signature)~~<br>   Signature of Authorized Individual<br><br>**Terry Marcovich**<br>   Printed Name of Authorized Individual<br><br>**President**<br>   Title of Authorized Individual<br><br>*3-4-11*<br>   Date | |

## UNITED STATES BANKRUPTCY COURT

## District of Colorado

IN RE                                                    CASE NO. _____

**Accent Windows, Inc.**

                                                         CHAPTER _____ **11** _____

                          DEBTOR(S)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: _3-4-11_____      _____

                                   **Terry Marcovich**

                                                         Debtor

A & M Window Service, Inc.
405 West 115th Avenue
Unit 2
Northglenn, CO 80234


Accent Landscaping
3569 Maple Circle, Sutie 101
Brighton, CO 80601


ACI Distribution
File 50542
Los Angeles, CA 90074-0542


Adams County Treasurer
PO Box 869
Brighton, CO 80601


Adobe Equipment
P.O. Box 90689
San Antonio, TX 78209-9092


Aetna U.S. Healthcare
P.O. Box 70966
Chicago, IL 60673-0966


Airgas Intermountain, Inc.
4810 Vasquez Blvd
Denver, CO  80216


All Metal
97142 Eagle Way
Chicago, IL 60678-9710
ATTN: Jamie Wilson


Alpen Energy Group, LLC
5400 Spine Road
Boulder, CO 80301

Aluminite N.W.
137 Sears Road
Chehalis, WA 98532


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Andrew Roberts, Inc.
P.O. Box 3775
Natick, MA 01760


Aquasurtech OEM
1740, St. Elzear West
Laval-QC-H7L 3N2
Canada


Arrowood Productions, Inc.
10316 East Weaver Circle
Englewood, CO 80111


Ashland Hardware
PO Box 92026
Chicago, IL 60675


Aspen Personnel Services, Inc.
6841 N Broadway
Denver, CO 80221


Associated Laboratories, Inc.
P.O. Box 152837
Dallas, TX 75315


AT&T
P.O. Box 78522
Phoenix, AZ 85062

Austin Hardwoods of Denver, Inc.
975 West Mississippi Avenue
Denver, CO 80223


B&H Sports
599 Northgate Drive
Grand Junction, CO 81505


Bandimere Speedway
3051 South Rooney Road
Morrison, CO 80465


Benefactor Funding Corp.
for National Teleprinting
P.O. Box 6241
Denver, CO 80206
ATTN: Joe McCoskey


BKD, LLP
1700 Lincoln Street
Suite 1400
Denver, CO 80203-4514


Black & Decker
PO Box 98692
Chicago, IL 60693


BlackHawk Equipment
6250 W 55th Avenue
Arvada, CO 80002


Boyer Coffee Company, Inc.
7296 Washington Street
Denver, CO 80229


BSI Door Hardware, Inc.
P.O. Box 751579
Charlotte, NC 28275

Busick Insulated Glass, Inc.
585 Osage Street
Denver, CO 80204


C.R. Laurence Co., Inc.
P.O. Box 58923
Los Angeles, CA 90058-0923


Capital Value
6748 Wellington Place
Castle Rock, CO 80108


Cardinal CG
NW-9013
PO Box 1450
Minneapolis, MN 55485-9013


Cbeyond Communications
P.O. Box 848432
Dallas, TX 75284-8432


Charles L. Van Linge
101 Alma Street
Palo Alto, CA 94391


Cintas Corporation #562
4157 Sinton Road
Colorado Springs, CO 80907
ATTN: Jackie


Cintas Fire Protection
P.O. Box 17789
Denver, CO 80217


CIT Technology Financial Services, Inc.
P.O. Box 100706
Pasadena, CA 91189-0706

Colorado Energy Science Center
1626 Cole Blvd.
Suite 375
Lakewood, CO 80401
ATTN: Pat Keegan


Colorado Storage Systems
5691 S Boulder Road
Boulder, CO 80303



Comcast Spotlight
1899 Wyncoop Street, #400
Denver, CO 80202



Community Connect Trade
8501 Turnpike Drive, Suite 105
Westminster, CO 80031



Conney Safety Products
P.O. Box 44575
Madison, WI 53744-4575



Conway Transportation Services, Inc.
P.O. Box 5160
Portland, OR 97208-5160
ATTN: Janice Zamorano



Corey Electrical Engineering
7822 S Wheeling Court, Suite B
Englewood, CO 80112



Curtis 1000, Inc.
PO Box 88237
Milwaukee, WI 53288



Customgas Solutions
1750 East Club Blvd.
Durham, NC 27704

Dencol Supply
4630 North Washington Street
Denver, CO 80216


Denver Newspaper Agency
Comm. Direct Receivables
P.O. Box 17930
Denver, CO 80217-0930


Desert Fasteners
1216 Commerce Court
#1
Lafayette, CO 80026
ATTN: James Huebner


Dex Media East #6252
9501 E Panorama Circle
Englewood, CO 80112


DSC Window Fashions
5570 West 60th Avenue
Arvada, CO 80003-5799


Ducker, Montgomery, Aronstein & Bess, PC
1560 Broadway, Suite 1400
Denver, CO 80202


Eagle Rock Supply Co.
2645 East 74th Avenue
Denver, CO 80229


Edgetech I.G., Inc.
800 Cochran Ave
Cambridge, OH 43725


Falcon Landing, LLC
c/o Kraemer Kendall Benson Rupp Deen LLC
Tyler D. Kraemer, Esq.
430 N. Tejon, Suite 300
Colorado Springs, CO 80903

Fasco Die Cast, Inc.
6625 Ordan Drive
Unit #1
Mississauga, Ontario
Canada L5T 1X2

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978
ATTN: Kate

FDR Design, Inc.
303 12th Avenue South
Buffalo, MN 55313

Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094-4515

Fedex Freight West
Department CH
P.O. Box 10306
Palatine, IL 60055-0306
ATTN: Janie Preston

Ferrellgas
P.O. Box 173940
Denver, CO 80217-3940
ATTN: Tracy Gainey

Franklin Fastener & Supply Co.
17949 East Dickinson Place
Aurora, CO 80013-5909

G & D, LLC
8390 E. Crescent Pk, #300
Greenwood Villiage, CO 80111

Garyco Software, Inc.
2464 San Carlos Circle
Colorado Springs, CO 80909

GED Integrated Solutions
P.O. Box 691148
Cincinnati, OH 45269-1148
ATTN: Monica Westover


Glass, Inc.
4005 South Clay Street
Englewood, CO 80110-4373
ATTN: Tom Litterest


Green Heart Institute
2805 Wilderness Place
Suite 1200
Boulder, CO 80301


Guthals, Hunnes, & Reuss, PC
10 North 27th Street
Billings, MT 59103


Hale Security Pet Door
6848 South Dallas Way
Greenwood Village, CO 80112
ATTN: Glen


Healthone Clinic Services
PO Box 198957
Atlanta, GA 30384


HES-Heritage Electric
1881 South Dayton Street
Denver, CO 80247


Home Depot Credit Services
Department 32-2503122016
P.O. Box 6031
The Lakes, NV 88901-6031


Hygrade Metal Moulding
Lockbox #510582
P.O. Box 7777
Philadelphia, PA 19175-0582
ATTN: Kathy

Hy-Lite Products, Inc.
75 Remittance Drive
Suite 1350
Chicago, IL 60675-1350
ATTN: Sandra


Idearc Media Corp. #1223
2200 W. Airfield Drive
DFW Airport, TX 75261
ATTN: Accounts Receivable


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025


Jack McQuain
10561 West 104th Place
Westminster, CO 80020


James Jablonski
1801 Broadway, Sutie 1100
Denver, CO 80202


John J. Appelhanz
5960 Monaco Street
Commerce City, CO 80022


Kansas Dept. of Revenue
915 SW Harrison Street
Topeka, KS 66612


Katzke Paper Co.
P.O. Box 973418
Dallas, TX 75397-3418
ATTN: Al Dike

KCNC TV
21249 Network Place
Chicago, IL 60673-1249


KMGH-TV
McGraw-Hill Broadcasting
123 Speer Blvd.
Denver, CO 80203
ATTN: Victoria Reynolds


KOAA-TV
P.O. Box 195
Pueblo, CO 81002
ATTN: Terry


Koch's
P.O. Box 959
Acton, CA 93510


Krystal Broadcasting, Inc.
P.O. Box 27
Frisco, CO 80443-0027


L.I.D. Landscapes
3131 North 75th Street
Suite 100
Boulder, CO 80301
ATTN: Phil Lofman, Owner


Lane Supply
2050 West Barberry Place
Denver, CO 80204


Lighting Products Company
24716 West Main Street
Barstow, CA 92311


Lightly Treading, Inc.
4303 Brighton Blvd.
Building 3
Denver, CO 80216

Limitless Cleaning, Inc.
1200 Diamond Circle, Suite M
Lafayette, CO 80026

Lothar's Industrial Sales, Ltd.
81 Mint Leaf Blvd.
Brampton, Ontario
Canada L6T 4K9

Mailfinance
PO Box 45840
San Fransisco, CA 94145

Manstone, Inc.
115 Talamine Court
Colorado Springs, CO 80907

Market Place at Journal Center
Excaliber Asset Management, LLC
PO Box 93172
Albuquerque, NM 87199

Maudru, William and Linda
23554 Shadow Drive
Auburn, CA 95602

Merriam Law Firm, PC
1625 Broadway, Suite 770
Denver, CO 80202

Microtech-Tel
160 Inverness Drive West, Suite 100
Englewood, CO 80112

Midwest Window & Door Corp.
3357 West Waddill Street
Springfield, MO 65802

Milgard Manufacturing
Department 1629
Denver, CO 80291


Minor & Brown, P.C.
Cherry Creek Plaza #1100
650 South Cherry Street
Denver, CO 80246
ATTN: Tony King

Mission Trace Ace Hardware
3851 East 120th Avenue
Thornton, CO 80241


Mobile Mini, LLC
P.O. Box 79149
Phoenix, AZ 85062-9149


MTE Technology, Inc.
13769 West 61st Lane
Arvada, CO 80004


NAMI
11870 Merchants Walk
Suite 202
Newport News, VA 23606


Napa
PO Box 848033
Dallas, TX 75284


National Fenestration Rating Council
6305 Ivy Lane
Suite 140
Greenbelt, MD 20770


National Registered Agents, Inc
PO Box 927
West Windsor, NJ 08550

New Mexico Motor Vehicle Division
PO Box 5188
Santa Fe, NM 87504


Norm Meier
435 Garfield Street
Denver, CO 80206


Northside Paint & Decorating
12365 Huron Street
#800
Westminster, CO 80234
ATTN: Steve

Nosaj Disposables, Inc.
PO Box 355
Cranbury, NJ 08512


NUDO Products, Inc.
1500 Taylor Avenue
Springfield, IL 62703-5640
ATTN: Sandra


Occupational Health Centers
P.O. Box 11020
Denver, CO 80211-0020


Occuvax
Attn: Carmen
13423
Lynam Drive
Omaha, NE 68138

OCE Imagistics, Inc.
P.O. Box 856193
Louisville, KY 40285-6193


ODL, Inc.
P.O. Box 535219
Atlanta, GA 30353
ATTN: Barb

Office of the Attorney General
United States Dept. of Justice
950 Pennsylvania Ave., NW, Suite 4400
Washington, DC 20530-0001


Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203


Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598


OREPAC
M/S 11
P.O. Box 4000
Portland, OR 97208
ATTN: Brandy


P.H. Tech Corp.
144 Ferry Street
Buncher Industrial Park
Leetsdale, PA 15056
Attn: Serge Falardeau


Pecos, LLD
c/o Basham & Associates
1499 Blake, #1F
Denver, CO 80202


Penske Truck Leasing Co., L.P.
P.O. Box 7429
Pasadena, CA 91109-7429


PH Tech
144 Ferry Street
Leetsdale, PA 15056


PNM
PO Box 17970
Denver, CO 80217

PRC-DESOTO International, Inc.
2750 114th Street, #400
Grand Praire, TX 75050


Project Energy Savers, LLC
PO Box 42554
Washington, DC 20015


Quinstreet, Inc.
P.O. Box 49316
San Jose, CA 85161-9316
ATTN: Conny Guerrero


Qwest
P.O. Box 173638
Denver, CO 80217-3638


RCL Sales, Inc.
2136 Portofino
Rockwall, TX 75032
ATTN: Mary


Roadway Express, Inc.
Dept. 93151
Chicago, IL 60673-3151
ATTN: Jennifer


Round Top Window Products, Inc.
456 Dene Drive
Kamloops, B.C.
Canada V2H 1P4
ATTN: Renae Anderson


RSVP
8471 Turnpike Drive, Suite 105
Westminster, CO 80031


Rumler, Tarbox & Lyden
1777 S Harrison, #1250
Denver, CO 80210

```
Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509




Sears Trostel Lumber/Hardwood
125 Airpark Drive
Fort Collins, CO 80524
ATTN: Kurt




Sherry Marcovich
1694 Heatherglen Dr.
St. George, UT 84790




Shop Tools
955 Elkton Drive
Colorado Springs, CO 80907




Siemens Water Technologies
P.O. Box 360766
Pittsburgh, PA 15250-6766




Smalley & Company
Department 217
Denver, CO 80291-0217
ATTN: Jackie




Sommer & Maca
5501 West Ogden Avenue
Cicero, IL 60804-3507
ATTN: Richard Knoble




Southwall Technologies
Department #33721
P.O. Box 39000
San Francisco, CA 94139




Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181
```

Staples Business Advantage
Department DAL
P.O. Box 83689
Chicago, IL 60696-3689


State of Colorado
Division of Securities
1560 Broadway
Suite 900
Denver, CO 80202-5150

Steven R Gibson & Associates
200 Union Blvd, Suite 421
Lakewood, CO 80228


Ted Lansing Corporation
6260 North Washington Street
#12
Denver, CO 80216


Terry Marcovich
801 W. 126th Ct.
Westminster, CO 80234


Terry Marcovich


The Publishing House
P.O. Box 215
Westminster, CO 80036


The RPA Group, Inc.
303 East 17th Avenue
Suite 1060
Denver, CO 80203
ATTN: Pat Harmon


Truseal Tech, Inc.
6680 Parkland Blvd
Solon, OH 44139

Truth Hardware
P.O. Box 60148
Charlotte, NC 28260-0148
ATTN: Crissy


U.S. Bank
824 North 11th Street
St. Louis, MO 63101-1016


U.S. Building Supply
4391 York Street
Denver, CO 80216
ATTN: Cheryl


United Parcel Service
55 Glenlake parkway N.E.
Atlanta, GA 30328


United Rentals Northwest, Inc.
File 51122
Los Angeles, CA 90074-1122


Vexor Custom Woodworking Tools
7162 Washington Street
Denver, CO 80229


Vitro America
File 50542
Los Angeles, CA 90074-0542


Vitro America
aka ACI Distribution
965 Ridge Lake Blvd., Ste. 300
memphis, TN 38120
Attn: Kathrine Liberto


WACO Scaffolding & Equipment
121 East 58th Avenue
Denver, CO 80216

```
Waste Management of Denver
P.O. Box 78251
Phoenix, AZ 85062-8251




Weecycle Environmental Consulting, Inc.
5375 Western Ave, Suite B
Boulder, CO 80301




Westminster
P.O. Box 17040
Denver, CO 80217-0040




Whisler Bearing Co.
P.O. Box 7623
Colorado Springs, CO 80933




Witte North America, LTD
7508 Bath Road
Mississauga, Ontario, Canada L4T 1L2




Wright Express
Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197




WTS Paradigm, LLC
632 South 8th Street
Medford, WI 54451




Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401-1993




XO Communications, LLC
14239 Collections Center Drive
Chicago, IL 60693
ATTN: Tony
```

```
Yellow Book - West
c/o Clovis & Roche, Inc.
4401 N. I-10 Service Road West
Suite 200
Metairie, LA 70006


ZEP Manufacturing
Acuity Spec. Prod. GRP, Inc.
File 50188
Los Angeles, CA 90074-0188
```