B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Accent Windows, Inc.** , Case No. _____
                    Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| P.H. Tech Corp.<br>144 Ferry Street<br>Buncher Industrial Park<br>Leetsdale, PA 15056<br>Attn: Serge Falardeau | Serge Falardeau<br>418-833-3231<br>P.H. Tech Corp.<br>144 Ferry Street<br>Buncher Industrial Park<br>Leetsdale, PA 15056<br>Attn: Serge Falardeau | Trade Debt | | $776,721.77 |
| Norm Meier<br>435 Garfield Street<br>Denver, CO 80206 | Norm Meier<br>303-844-6097<br>Norm Meier<br>435 Garfield Street<br>Denver, CO 80206 | Trade Debt | | $339,893.83 |
| Pecos, LLD<br>c/o Basham & Associates<br>1499 Blake, #1F<br>Denver, CO 80202 | Bashom & Associates<br><br>Pecos, LLD<br>c/o Basham & Associates<br>1499 Blake, #1F<br>Denver, CO 80202 | Rent | | $111,767.20 |
| Falcon Landing, LLC<br>c/o Kraemer Kendall Benson Rupp Deen LLC<br>Tyler D. Kraemer, Esq.<br>430 N. Tejon, Suite 300<br>Colorado Springs, CO 80903 | Tyler D. Kraemer, Esq.<br>719-471-3693<br>Falcon Landing, LLC<br>c/o Kraemer Kendall Benson Rupp Deen LLC<br>Tyler D. Kraemer, Esq.<br>430 N. Tejon, Suite 300<br>Colorado Springs, CO 80903 | Rent | | $108,115.00 |
| G & D, LLC<br>8390 E. Crescent Pk, #300<br>Greenwood Villiage, CO 80111 | G&D. LLC<br>720-528-6382<br>G & D, LLC<br>8390 E. Crescent Pk, #300<br>Greenwood Villiage, CO 80111 | Rent | | $92,641.52 |
| Idearc Media Corp. #1223<br>2200 W. Airfield Drive<br>DFW Airport, TX 75261<br>ATTN: Accounts Receivable | Accounts Receivable<br>800-269-3488<br>Idearc Media Corp. #1223<br>2200 W. Airfield Drive<br>DFW Airport, TX 75261<br>ATTN: Accounts Receivable | Trade Debt | | $87,538.88 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Accent Windows, Inc.** , Case No. _____

                    Debtor                                        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John J. Appelhanz<br>5960 Monaco Street<br>Commerce City, CO 80022 | John J. Appelhanz<br><br>John J. Appelhanz<br>5960 Monaco Street<br>Commerce City, CO 80022 | Trade Debt | | $77,316.00 |
| Comcast Spotlight<br>1899 Wyncoop Street, #400<br>Denver, CO 80202 | Comast Spotlight<br>303-603-6100<br>Comcast Spotlight<br>1899 Wyncoop Street, #400<br>Denver, CO 80202 | Trade Debt | | $72,229.86 |
| Customgas Solutions<br>1750 East Club Blvd.<br>Durham, NC 27704 | Customgas Solutions<br>919-220-2570<br>Customgas Solutions<br>1750 East Club Blvd.<br>Durham, NC 27704 | Trade Debt | | $69,552.00 |
| Dex Media East #6252<br>9501 E Panorama Circle<br>Englewood, CO 80112 | Steve Vaugn<br>800-422-1234<br>Dex Media East #6252<br>9501 E Panorama Circle<br>Englewood, CO 80112 | Trade Debt | | $63,767.20 |
| U.S. Building Supply<br>4391 York Street<br>Denver, CO 80216<br>ATTN: Cheryl | Billing<br>303-858-7926<br>U.S. Building Supply<br>4391 York Street<br>Denver, CO 80216<br>ATTN: Cheryl | Trade Debt | | $59,935.75 |
| U.S. Bank<br>824 North 11th Street<br>St. Louis, MO 63101-1016 | U.S. Bank<br>866-485-4545<br>U.S. Bank<br>824 North 11th Street<br>St. Louis, MO 63101-1016 | Trade Debt | | $45,836.63 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Accent Windows, Inc.**  ,  Case No. _____
                Debtor                                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Airgas Intermountain, Inc. 4810 Vasquez Blvd Denver, CO 80216 | Linda, A/R 303-370-7801 Airgas Intermountain, Inc. 4810 Vasquez Blvd Denver, CO 80216 | Trade Debt | | $41,725.47 |
| BKD, LLP 1700 Lincoln Street Suite 1400 Denver, CO 80203-4514 | BKD, LLP 303-861-4545 BKD, LLP 1700 Lincoln Street Suite 1400 Denver, CO 80203-4514 | Trade Debt | | $38,641.54 |
| KCNC TV 21249 Network Place Chicago, IL 60673-1249 | Billing 303-861-4444 KCNC TV 21249 Network Place Chicago, IL 60673-1249 | Trade Debt | | $35,077.75 |
| Minor & Brown, P.C. Cherry Creek Plaza #1100 650 South Cherry Street Denver, CO 80246 ATTN: Tony King | Attn: Tony King 303-320-1053 Minor & Brown, P.C. Cherry Creek Plaza #1100 650 South Cherry Street Denver, CO 80246 ATTN: Tony King | Trade Debt | | $31,868.00 |
| Yellow Book - West c/o Clovis & Roche, Inc. 4401 N. I-10 Service Road West Suite 200 Metairie, LA 70006 | S. Stewart 800-283-0909 Yellow Book - West c/o Clovis & Roche, Inc. 4401 N. I-10 Service Road West Suite 200 Metairie, LA 70006 | Trade Debt | | $30,000.00 |
| Xcel Energy 414 Nicollet Mall Minneapolis, MN 55401-1993 | Xcel Energy 303-571-6325 Xcel Energy 414 Nicollet Mall Minneapolis, MN 55401-1993 | Trade Debt | | $27,843.98 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Accent Windows, Inc.**, Case No. _____
Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PRC-DESOTO International, Inc. 2750 114th Street, #400 Grand Praire, TX 75050 | PRC-DESOTO International, Inc. 856-456-5700 PRC-DESOTO International, Inc. 2750 114th Street, #400 Grand Praire, TX 75050 | Trade Debt | | $25,829.87 |
| Glass, Inc. 4005 South Clay Street Englewood, CO 80110-4373 ATTN: Tom Litterest | Attn: Tom Litterest 303-762-1217 Glass, Inc. 4005 South Clay Street Englewood, CO 80110-4373 ATTN: Tom Litterest | Trade Debt | | $25,516.52 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Terry Marcovich, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3-4-11   Signature: _[signed]_

**Terry Marcovich, President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.