# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **March 18, 2011**, Before Honorable Sidney B. Brooks

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **Accent Windows, Inc.** | ) | **11-14348 - SBB** |
| **Tax ID/EIN: 84-1292301** | ) | **Chapter 11** |
| | ) | |
| **Debtor(s).** | ) | |

☒  Appearances

Debtor(s):  Accent Windows, Inc.                    Counsel: Jeffrey Brinen

Trustee:                                            Counsel:
Creditor:   PH Tech                                 Counsel: Jason Forman

Proceedings:   **Final hearing regarding Debtor's Motion for final Orders on (I) Motion to Approve Order Authorizing Payment of Prepetition Wages, Salaries and Related Items; and (II) Motion to Approve Interim Order (A) Authorizing Debtor to Obtain Postpetition Secured Financing ; (B) Authorizing the Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. Section 363; (C) Granting Adequate Protection to Prepetition Lender Pursuant to 11 U.S.C. Sections 361, 362, and 363; (D) Modifying the Automatic Stay filed March 7, 2011 (Docket #17), and objections thereto, if any.**

☒  Entry of appearances and statements/arguments made

☒  Evidentiary[1]

☒  **Also present at this hearing was Terry Marcovich, President of the Debtor.**

Orders:

☒  Oral findings and conclusions made of record

☒  IT IS ORDERED as follows:

1.  Debtor's Motion for Final Orders on (I) Motion to Approve Order Authorizing Payment of Prepetition Wages, Salaries and Related Items; and (II) Motion to Approve Interim Order (A) Authorizing Debtor to Obtain Postpetition Secured Financing ; (B) Authorizing the Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. Section 363; (C) Granting Adequate Protection to Prepetition Lender Pursuant to 11 U.S.C. Sections 361, 362, and 363; (D) Modifying the Automatic Stay filed March 7, 2011 (Docket #17),  is hereby **GRANTED**.  The Debtor shall submit a form of order on or before March 25, 2011.

FOR THE COURT:
*Bradford L. Bolton, Clerk*
/s/ A. Sekera
By:   A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes.