UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ACCENT WINDOWS, INC., | ) | Case No. 11-14348-SBB |
| EIN #84-1292301 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

---

**STIPULATION RESOLVING LIMITED OBJECTION OF UNITED STATES TRUSTEE TO MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO OVERBID AND AUCTION PROCEDURES**

---

Accent Windows, Inc. (the "Debtor"), by its counsel Kutner Mille, Brinen, P.C., P.H. Tech Inc. ("P.H. Tech"), by its counsel, Fairfield and Woods, P.C., and Charles F. McVay, United States Trustee (the "Trustee"), by his counsel, stipulate as follows:

1. The Debtor filed its Motion for Order Authorizing Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances Pursuant to Overbid and Auction Procedures (the "Sale Motion") on April 11, 2011. The Sale Motion sought approval for the sale of the Debtor's assets to P.H. Tech, unless a higher and better offer for the assets was submitted in accordance with the Court-approved sale procedures. The deadline for objections to the Sale Motion, and for submission of competing offers for the assets, was May 2, 2011. No competing offers for the assets were received.

2. The only objection filed to the Sale Motion was filed by the Trustee. The Trustee's objection was limited to determining the proper procedure for providing notice to the other parties to executory contracts, including customer contracts, to be assumed and

assigned to the successful purchaser.

3. Paragraph 2.1.3 of the Asset Purchase Agreement with P.H. Tech provides that, 15 days prior to closing, the successful purchaser will provide the Debtor with a list of those contracts set forth on Exhibit 6.20 to the Asset Purchase Agreement that are to be assumed and assigned to the purchaser. After being provided with that list, the Debtor will file a motion, and give notice to such parties, concerning the proposed assumption and assignment of the contracts. The Trustee agrees that a subsequent motion for the assumption and assignment of all outstanding contracts, with proper notice to the other parties thereto, adequately resolves the Trustee's limited objection to the Sale Motion.

4. The parties therefore stipulate that, no later than 15 days prior to the scheduled closing, which shall occur no later than May 31, 2011, P.H. Tech shall provide the Debtor with a list of all contracts to be assumed and assigned to P.H. Tech, so that the Debtor may file and serve a motion seeking authority to assume and assign those contracts to P.H. Tech.

5. The Trustee hereby withdraws his Limited Objection to the Sale Motion.

DATED: May 4, 2011.

                KUTNER MILLER BRINEN, P.C.

                By: _/s/ Jeffrey S. Brinen_____
                      Jeffrey S. Brinen, #20565
                303 E. 17th Avenue, Suite 500
                Denver, CO 80203
                Telephone: (303) 832-2400
                Telecopy: (303) 832-1510
                E-mail: jsb@kutnerlaw.com

                Attorneys for Accent Windows, Inc.

FAIRFIELD AND WOODS, P.C.
By *s/ Caroline C. Fuller*
Caroline C. Fuller, #14403
Jason A. Forman, #36302
Wells Fargo Center, Suite 2400
1700 Lincoln Street
Denver, Colorado 80203-4524
(303) 830-2400

Attorneys for P.H. Tech Inc.

CHARLES F. MCVAY
UNITED STATES TRUSTEE

By: */s/ Alan K. Motes*
Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202
(303) 312-7999
(303) 312-7259 fax
Alan.motes@usdoj.gov