UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:  )
 )  Case No. 11-14348- SBB
ACCENT WINDOWS, INC.  )
EIN: 84-1610404  )  Chapter 11
 )
Debtor.  )

**ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO OVERBID AND AUCTION PROCEDURES**

THIS MATTER comes before the Court on the Debtor's Motion for Order Authorizing Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to Overbid and Auction Procedures (the "Motion"). In the Motion, the Debtor proposed the sale of substantially all of its assets to PH Tech, Inc., subject to competing offers in accordance with certain overbid and auction procedures previously approved by the Court. The Court having considered the Motion and being otherwise fully advised in the premises, no objections having been filed,

IT IS HEREBY FOUND THAT:

Due and proper notice of the Auction, the bidding procedures, and the Motion have been provided to all parties in interest, including equity holders.

The bid placed by PH Tech, Inc. or its assign (the "Buyer"), was the only bid received for the purchase of substantially all of the Debtor's assets in accordance with the Asset Purchase Agreement attached to the Motion as Exhibit B (the "Agreement"). No other bids were submitted on or before the Bid Deadline of May 2, 2011.

The sale of the Debtor's Assets (the "Assets") in accordance with the terms of the Agreement is in the best interest of the Debtor, its creditors and the estate. The consideration provided for the Debtor's assets under the Agreement is fair and reasonable and is the product of an arms-length transaction.

For good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. Except as otherwise provided herein, the sale of the Assets to the Buyer shall be free and clear of any liens, claims, interests and encumbrances pursuant to 11 U.S.C. §363(f) is approved.

3. The terms of the Agreement are approved and the Debtor may execute any documents or take any further action necessary to comply with the terms of the Agreement.

4. The parties are bound by the terms of the Agreement.

5. Except as otherwise provided herein, the Buyer shall take title to the Assets free and clear of all liens, claims, interests and encumbrances of the Bankruptcy Estate, its creditors and any and all third parties.

6. The Buyer is a good faith purchaser entitled to all of the protections of 11 U.S.C. §363(m).

7. If there is a conflict or inconsistency between the terms of this Order, the Agreement or any other document related to the sale, then the terms and provisions of this Order shall prevail.

8. The hearing on the Motion scheduled for May 18, 2011 at 11:30 a.m. before this Court is hereby vacated.

9. This Order shall be effective immediately and there shall be no automatic stay with respect to this Order.

DATED   May 6, 2011

BY THE COURT:

*Sid Brooks*

Sidney B. Brooks,
United States Bankruptcy Judge