UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ACCENT WINDOWS, INC., ) | Case No. 11-14348-SBB |
| EIN #84-1292301 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## SUPPLEMENTAL EXHIBIT FOR PECOS20, LLC'S
## MOTION FOR RELIEF FROM STAY

The Debtor, Accent Windows, Inc. ("Debtor"), by and through its attorneys, Kutner Miller Brinen, P.C., hereby supplements its Amended Witness and Exhibit List for the continued hearing on Pecos20, LLC's Motion for Relief From Stay, as follows:

1. The Debtor has obtained a copy of the floor plan at 12300 Pecos, Westminster, Colorado ("Property"), where the Debtor is currently operating.

2. The Debtor seeks to supplement its List of Exhibits by adding the floor plan of the Property as Exhibit C. A copy of the Amended Exhibit List and proposed supplemental exhibit is attached hereto.

Dated: May 16, 2011

Respectfully submitted,

By: /s/ Jeffrey S. Brinen
Jeffrey S. Brinen, #20565
Benjamin H. Shloss, #39276
KUTNER MILLER BRINEN, P.C.
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: jsb@kutnerlaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 16, 2011, I served by prepaid first class mail or e-mail a copy of the **SUPPLEMENTAL EXHIBIT FOR PECOS20, LLC'S MOTION FOR RELIEF FROM STAY** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Joseph G. Rosania, Esq.
950 Spruce St.
Suite 1C
Louisville, CO 80027


                                  *s/ Angela R. Upton*
                                  Angela R. Upton

ATTACHMENT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: Accent Windows, Inc.
Chapter 11 Case Number 11-14348-SBB

**EXHIBITS FOR HEARING**

Submitted by: Accent Window, Inc.
In connection with the continued hearing to be held on May 19, 2011 at 1:30 p.m. on
Pecos20, LLC's Motion for Relief from Stay

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A | Debtor's Schedules and Statement of Financial Affairs | | | |
| B | Motion to Approve Sale of Assets, including Amended Asset Purchase Agreement | | | |
| C | Floor Plan | | | |





**EXHIBIT C**
**11-14348-SBB**
**May 19, 2011**