**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held **May 20, 2011**, Before Honorable Sidney B. Brooks

| | |
|---|---|
| In re: ) | |
| ) | **Bankruptcy Case No.** |
| Accent Windows, Inc. ) | **11-14348 - SBB** |
| SS#xxx-xx-Tax ID/EIN:84-1292301 ) | **Chapter 11** |
| ) | |
| Debtor(s). ) | |
| _____) | |
| ) | |
| Pecos 20, LLC ) | |
| Movant(s) ) | |
| v. ) | |
| Accent Windows, Inc. ) | |
| Respondent(s) ) | |

☒  Appearances

| | | | |
|---|---|---|---|
| Debtor(s): | Accent Windows, Inc. | Counsel: | Jeffrey Brinen, by telephone |
| Trustee: | | Counsel: | |
| Creditor: | Pecos 20, LLC | Counsel: | Joseph Rosania, by telephone |
| Creditor: | PH Tech, Inc. | Counsel: | Caroline Fuller, by telephone |

Proceedings: **Court's Oral Ruling regarding Pecos 20, LLC 's Motion for Relief from Automatic Stay filed March 29, 2011 (Docket #57) and Response(s)/Objection(s) thereto filed by Debtor on April 19, 2011 (Docket #79), and by PH Tech, Inc. on April 19, 2011 (Docket #78).**

☒  Entry of appearances and statements/arguments made

Orders:
☒  Oral findings and conclusions made of record
☒  IT IS ORDERED as follows:
1. Pecos 20, LLC's Motion for Relief from Automatic Stay filed March 29, 2011 (Docket #57) is **Granted** effective June 1, 2011 if the closing on the real property does not occur on May 31, 2011.

2. Response(s)/Objection(s) filed by Debtor on April 19, 2011 (Docket #79) and by PH Tech, Inc. on April 19, 2011 (Docket #78) is/are **Denied**.

IT IS FURTHER ORDERED that Joseph Rosania shall prepare and file a form of order incorporating

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held **May 20, 2011**, Before Honorable Sidney B. Brooks

this Court's finding and conclusions on or before May 24, 2011. If no objection to the order is filed iwth the Court, the Court shall enter the order and judgment.

IT IS FURTHER ORDERED that the Clerk of Court shall mail the original exhibits of Pecos 20, LLC, to counsel, Joseph Rosania.

IT IS FURTHER ORDERED that at the conclusion of the trial or hearing herein, counsel for the parties shall retain custody and maintain the integrity of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days. *In the event an appeal is filed in this matter, counsel shall immediately return their respective exhibits in the same form and manner as the exhibits were tendered and used at trial to enable the Clerk of Court to comply with the requirements of Local Bankruptcy Rule 9070(a)(3).*

FOR THE COURT:
*Bradford L. Bolton, Clerk*
/s/ A. Sekera
By: A. Sekera, Courtroom Deputy